**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-1767
_____

EMMETT JOHNSON JAFARI,

Plaintiff - Appellant,

versus

CITY OF RICHMOND, a Municipal Corporation and
political subdivision of the Commonwealth of
Virginia, and/or, in his/her personal
capacities and individual and official
capacities as officials, administrators,
department heads and final decision makers of
and for the City; LAWRENCE DOUGLAS WILDER,
Mayor; WILLIAM HARRELL, Chief Administrative
Officer; RUDOLPH MCCOLLUM, Former Vice-Mayor,
Mayor; JOHN A. RUPP, Former City Attorney;
JEAN K. SHOWALTER, General Registrar; GLEN
BUTLER, Director of Social Services,

Defendants - Appellees,

and

TIMOTHY KAINE, Former Mayor; ROBERT C. BOBB,
Former City Manager; CALVIN JAMISON, Former
City Manager,

Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (3:05-cv-00823-HEH)

_____

Submitted: December 21, 2006          Decided:  December 28, 2006

---

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Emmett Johnson Jafari, Appellant Pro Se.  David J. Freedman, CITY ATTORNEY'S OFFICE, Richmond, Virginia, John Adrian Gibney, Jr., THOMPSON & MCMULLAN, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Johnson Jafari appeals the district court's orders granting Defendants' motion to dismiss his complaint under Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c (2000), and 42 U.S.C. § 1983 (2000), denying Jafari's motion to set aside judgment, and granting Defendants' petition for attorney's fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jafari v. City of Richmond, No. 3:05-cv-00823-HEH (E.D. Va. May 12, 2006; May 30, 2006; June 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED